**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    **Plaintiff(s)**<br><br>        **v.**<br><br>RAFAEL GONZALEZ SANTANA,<br>    **Defendant(s)** | **CRIMINAL NO.** 02-081 (JAG) |

**ORDER**

Upon de novo review of the Magistrate-Judge's Report and Recommendation (Docket No. 534) and given that defendant did not file timely objections thereto, the Court finds no reason to depart from the Magistrate-Judge's recommendations.

Accordingly, the Court **ADOPTS** the Report and Recommendation and hereby **ORDERS** as follows:
1. U.S. Probation shall deposit the one thousand six hundred dollars ($1,600) seized from defendant in his local child support account;
2. U.S. Probation shall return to defendant the cellular phone and receipts seized from him;
3. U.S. Probation shall destroy the unauthorized copies of CDs and DVDs seized from defendant;
4. U.S. Probation shall destroy the pre-sentence report belonging to an unrelated defendant that was seized from defendant.

The Court warns defendant that failing to report cellular phones or hardline telephones to U.S. Probation constitutes a violation of the conditions of his supervised release.  Further, defendant is reminded that he shall not associate with any persons engaged in criminal activity or any person convicted of a felony unless granted permission to do so by the probation officer. Failure to comply with these or any other conditions of his supervised release will not be tolerated and will result in revocation proceedings.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of March 2007.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge